IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10724
Conference Calendar
_____


LONNIE JAMES SANDERS,

                                    Plaintiff-Appellant,

versus

CITY OF DALLAS, TEXAS; DALLAS POLICE DEP'T;
JOHN VANCE, District Attorney; ET AL.,

                                    Defendants-Appellees.



- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-1195-H
- - - - - - - - - - -
March 1, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Lonnie James Sanders appeals the dismissal, with prejudice, for frivolousness, of his civil rights complaint.

    To recover under 42 U.S.C. § 1983, a plaintiff must prove, among other elements, that he was deprived of a federal right. Sanders' underlying premise that an intermediate state-court decision creates a retroactive federal constitutional right that is independently actionable under § 1983 is legally frivolous.

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

This appeal is frivolous.  <u>See</u> 5th Cir. R. 42.2.  We caution Sanders that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.

APPEAL DISMISSED.  ADMONITION ISSUED.